UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO STATE PRISON, et al.,<br><br>Defendants. | No. 2:21-cv-00622-KJM-SCR P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

////

1. The findings and recommendations (ECF No. 49) are adopted in full.

2. Plaintiff's claims against defendant Coder are dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure and defendant Coder is terminated as a defendant in this case.

3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

DATED: December 2, 2024.

UNITED STATES DISTRICT JUDGE