UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO STATE PRISON, et al.,<br><br>Defendants. | No. 2:21-cv-0622-KJM-SCR P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds without counsel with a civil rights complaint under 42 U.S.C. § 1983 against defendant Sabati as the sole remaining defendant. On December 11, 2024, defendant filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 55) is granted and the ADR stay of this action is lifted;

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

DATED: December 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE