UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO RODRIGUEZ,

Plaintiff,

v.

SOLANO STATE PRISON, et al.,

Defendants.

No. 2:21-cv-0622 KJM SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983 related to events more than fifteen years ago. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Defendants moved to dismiss based on the statute of limitations. The magistrate judge converted that motion into a motion for summary judgment, received additional evidence from plaintiff, and now recommends granting the motion. The findings and recommendations were served on all parties and gave notice that any objections were to be filed within fourteen days. ECF No. 64. Neither party filed objections.

The court has reviewed the file and finds the findings and recommendations are supported by the record and by the magistrate judge's analysis. As explained in the findings and recommendations, although plaintiff has cited evidence that could show he has received mental health services during his incarceration, he has not cited evidence that could show his mental

health prevented him from pursuing his claims during the many years that passed after the statute of limitations expired. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 64) are adopted in full.

2. Defendant's motion to dismiss, converted to a motion for summary judgment (ECF No. 57), is GRANTED and the Clerk of the Court is directed to close the case.

DATED: October 28, 2025.

UNITED STATES DISTRICT JUDGE